**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DARNELL COOPER, *a/k/a Jeez*,

                      Defendant.

------------------------------------- x

ORDER

20 Crim. 57-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for immediate release from pre-trial detention is denied.

Dated: New York, New York
      April 7, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge