UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

DARNELL COOPER,

                    Defendant.

------------------------------------x

ORDER

20 Crim. 57-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for March 31, 2021 at 9:00 am.

Dated: New York, New York
      March 16, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge